FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0134



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0134

IN THE MATTER OF:

C.H.,                                                          O R D E R

A Youth in Need of Care.

Appellant C.H., birthmother of the youth at issue, appeals the February 5, 2024 Findings of Fact, Conclusions of Law, and Order of the Thirteenth Judicial District Court, Yellowstone County, that terminated her parental rights to C.H. in that court's Cause No. DN 18-292.

The State has filed a Notice of Concession. Although it maintains it does not agree with all the arguments the birthmother advanced in her Opening Brief, it concedes the District Court erred in terminating parental rights without the required testimony from a qualified Indian Child Welfare Act expert witness (ICWA QEW) as was required for C.H.'s case. The State asks this Court to reverse the February 5, 2024 order terminating the birthmother's parental rights and remand this case to the District Court for further proceedings.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that the February 5, 2024 Findings of Fact, Conclusions of Law, and Order is REVERSED. This matter is remanded to the District Court for further proceedings.

DATED this 6 day of August, 2024.

_____
Chief Justice

_____

_____

_____

_____
                        Justices

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

2